UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

           RE:  Jacqueline Anne GREGORY
              Docket Number:  2:03CR00235-01
              PERMISSION TO TRAVEL
              OUTSIDE THE COUNTRY

Your Honor:

The above-named releasee is requesting permission to travel to Cancun, Mexico. The releasee is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 24, 2003, the releasee was sentenced for the offense(s) of 18 USC 1341 - Mail Fraud.

**Sentence imposed:** Seven months custody Bureau of Prisons; 3 years Supervised Release; $125,891.08 restitution; and $100 special assessment.

**Dates and Mode of Travel:** Traveling by plane on May 8, 2006, and returning May 11, 2006.

**Purpose:** Pleasure trip. Releasee's husband won an all-expenses-paid trip to Cancun, Mexico, through his employment at Future Ford of Sacramento (verified).

Rev. 03/2005
TRAVELOC.MRG

**RE:	Jacqueline Anne GREGORY**
	**Docket Number:   2:03CR00235-01**
	**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

**LORI V. CLANTON**
**Senior United States Probation Officer**

**DATED:**	April 17, 2006
	Sacramento, California
	LVC:jc/cd

**REVIEWED BY:**
	**RICHARD A. ERTOLA**
	**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     XX                        Disapproved _____

  April 18, 2006                          /s/ Frank C. Damrell Jr.
**Date**                                 **FRANK C. DAMRELL, JR.**
                                         **United States District Judge**

2

Rev. 03/2005
TRAVELOC.MRG