PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER TERMINATION FROM SUPERVISION

| | |
|---|---|
| **Offender Name:** | Jacqueline Anne GREGORY |
| **Docket Number:** | 2:03CR00235-01 |
| **Offender Address:** | El Dorado Hills, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/24/2003 |
| **Original Offense:** | 18 USC 1341 - Mail Fraud (CLASS D FELONY) |
| **Original Sentence:** | 7 months custody Bureau of Prisons; 36 months Supervised Release; $125,891.08 restitution; $100 special assessment |
| **Special Conditions:** | Not dissipate assets until restitution is paid in full; Financial disclosure and restrictions; Mental health treatment with co-payment; Notify future employers of present conviction |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/25/2004 |
| **Assistant U.S. Attorney:** | Norman Y. Wong    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Quin Denvir<br>Federal Defender    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:   Jacqueline Anne GREGORY
      Docket Number:   2:03CR00235-01
      **REPORT OF OFFENDER TERMINATION FROM SUPERVISION**

---

The purpose of this report is to advise the Court of the following:

During the course of her supervision, the releasee has made regular monthly restitution payments. For the past seven months, the releasee has made restitution payments each month in the amount of $300. She has agreed to continue making restitution payments after her supervision terminates on May 24, 2007. Due to an oversight by the United States Probation Officer, the Court was not notified prior to this termination date that there was an outstanding restitution balance owed by the releasee. However, the releasee is cooperating with the United States Attorney's Office Financial Litigation Unit, who will assume further collection efforts in this case. The restitution balance in this case is $121,000.

Pursuant to 18 USC 3583(b)(2), because the underlying offense in this case is a Class D Felony, no additional term of Supervised Release is statutorily permissible.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**
Telephone:  (916) 786-5271

**DATED:**   June 1, 2007
             Roseville, California
             lvc:cd


**REVIEWED BY:**        /s/ Richard A. Ertola
                 **RICHARD A. ERTOLA**
                 **Supervising United States Probation Officer**

RE:    Jacqueline Anne GREGORY
       Docket Number:   2:03CR00235-01
       **REPORT OF OFFENDER TERMINATION FROM SUPERVISION**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )    Submit a Request for Modifying the Conditions or Term of Supervision.

(  )    Submit a Request for Warrant or Summons.

(  )    Other:

 **June 8, 2007**
**Date**                                                **Signature of Judicial Officer**


cc:    United States Probation
       Norman Y. Wong, Assistant United States Attorney
       Quin Denvir, Federal Defender